UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WARTA INSURANCE, *et al.*,                                    :
                                                              : Docket No. 08 cv 6950   (    )
                Plaintiffs,            :
                                                              :
       - Against -                                 : **NOTICE OF FILING**
                                                              : **AMENDED SCHEDULE B**
M/V YM GREEN her engines, boilers and                         : **TO VERIFIED COMPLAINT**
tackle *in rem*; *et al*,                                     :
                                                              :
                Defendants.            :
------------------------------------------------------------- x

    PLEASE TAKE NOTICE that plaintiffs Warta Insurance Company, *et al.* hereby file an Amended Schedule B to the Verified Complaint.

Dated: New York, New York
       August 7, 2008

                                        NICOLETTI HORNIG & SWEENEY
                                        *Counsel for Intervening Plaintiffs*

                                        By: /s/ Terry L. Stoltz
                                        James F. Sweeney (JS-7745)
                                        Terry L. Stoltz (TS-7650)
                                        Wall Street Plaza
                                        88 Pine Street, 7th Floor
                                        New York, New York 10005-1801
                                        Tel:   (212) 220-3830
                                        Fax:  (212) 220-3780

SCHEDULE B

| Insurer | Bill of Lading | Description of Cargo | Shipper | Consignee |
|---|---|---|---|---|
| AIG (UK) Ltd (formerly New Hampshire Insurance Company and Landmark Insurance Company Ltd) | HGH008054 | Shelf, Flowers and Ornaments | Zhejiang Jiejie Import & Export Co Ltd | Era-tec GMBH |
| AIG (UK) Ltd (formerly New Hampshire Insurance Company and Landmark Insurance Company Ltd) | SHA140388 | Greenhouse | Mainway Leisure Goods Manufactory Ltd | To Order |
| AIG (UK) Ltd (formerly New Hampshire Insurance Company and Landmark Insurance Company Ltd) | NGB037826 | Turtleneck Pullover | Ningbo Dashing Fashion Co Ltd | DHL Soloutions GMBH |
| AIG Europe SA | HKHKG40000692751 | Muffler Assy | Rong Shin Holdings Ltd | Husqvarna AN |
| AIG Europe SA | 4357-4700-607 | Blender | PT Indoyoke | Philips Innovative Applications NV |
| AIG Europe SA | NBBI00670001 | Gearless Traction Machine | Ningbo Xinda Group Co Ltd | Industrias Montanesas Electricas Mecanicas S.L.Imem Ascensores |
| AIG Europe SA (pobocka pre Slovensku republiku), formerly Poist'ovana AIG Slovakia, a.s. | SENUNB0600959701 | Coupling Head Trailer Component | Dachser Far East Ltd | Kovoflex SPOL S.R.O |
| AIG General Insurance (Taiwan) Co Ltd (formerly AIU Insurance Company (Taiwan Branch) and Central Insurance Co Ltd | COSU72B38120 | To be advised | Taiwan First Li-Bond Co Ltd | Buehnen GMBH & Co |
| AIG General Insurance Company China Limited (Guangzhou Branch) (formerly AIU Insurance Company (Guangzhou Branch)) | YMLUN305023551 | Sodium Selenite, Zinc Selenite, Barium Selenite, Selenium Dioxide | Vital Chemicals Co Ltd | Todini Vital Chemicals Spa |
| AIG General Insurance Company China Limited (Guangzhou Branch) (formerly AIU Insurance Company (Guangzhou Branch)) | YMLUN305023550 | Sodium Selenite | Vital Chemicals Co Ltd | Todini Vital Chemicals Spa |
| AIG General Insurance Company China Limited (Shanghai Branch) (formerly AIU Insurance Company (Shanghai Branch)) | KKLUSH2417316 | Energy Saver Lamps | Philips & Yaming Lighting Co Ltd | Philips Lighting Poland S.A |

## SCHEDULE B

| Insurer | Bill of Lading | Description of Cargo | Shipper | Consignee |
|---|---|---|---|---|
| AIG General Insurance Company China Ltd (Shenzhen Branch) (formerly AIU Insurance Company (Shenzhen Branch)) | SENUNB0600959607 | Valves & Fittings | Ideal China Building Material International Corp | IBP Ltd |
| AIU Insurance Company | KKLUHK1226342 | 5 Disc CD Changer | Hanpin Electronics Co Ltd | D&M EDC |
| AIU Insurance Company | KKLUHK1226339 | Audio Products | D& M Holdings Inc | D&M EDC |
| American Home Assurance Company | KKLUGZU103432 | Lead Free Glass | | Philips Lighting Poland S.A |
| American Home Assurance Company | KKLUMAC120475 | Plastic Hand Lanterns | | Philips Consumer Electronics B.V |
| American Home Assurance Company | KKLUGZU103415 | 20 pallets Hologen Savings Lamps | | Philips Lighting Poland S.A |
| American Home Assurance Company | HJSCSHAE14798402 | Steam Irons | Chun Fei Domestic Appliances Co of Suzhou Ltd on behalf of Philips Electronics Hong Kong Ltd | Philips DAB B.V Eurostore |
| Aviva Insurance Limited (trading as Norwich Union) | NBFXT0670088 | Patch Cord | Ningbo Excellence Communicated Connector Co | Connectix Ltd |
| AXA Versicherung AG | HKGHAM616148 | Clothing | S. Oliver Asia Ltd | S Oliver Bernd Freier GMBH |
| AXA Versicherung AG | HKGHAM616139 | Clothing | S. Oliver Asia Ltd | S Oliver Bernd Freier GMBH |
| AXA Versicherung AG | HKGHAM616143 | Clothing | S Oliver Asia Ltd | QS Textilhandel GMBH |
| AXA Versicherung AG | HKGHAM616142 | Clothing | S. Oliver Asia Ltd | S Oliver Bernd Freier GMBH |
| Commercial Union Polska Towarzystowo Ubezpieczei Ogolnych SA | KKLUSH8825682 / 3026748 | Car Parts & Accessories | ACP (Hong Kong) Ltd | Bottari Polska SP Zoo |
| Eldom SP | KKTU7613115 | Tan heater | | |

SCHEDULE B

| Insurer | Bill of Lading | Description of Cargo | Shipper | Consignee |
|---|---|---|---|---|
| Mitsui Sumitomo Insurance Company Limited | KLR00608001 | Yuasa Brand Valve Regulated Leas-Acid Batteries | Taiwan Yuasa Battery Co Ltd | Schenker Deutschalnd AG |
| Mitsui Sumitomo Insurance Company Limited | KLR00608002 | Yuasa Brand NP Battery | Taiwan Yuasa Battery Co Ltd | Novitronic AG |
| Mitsui Sumitomo Insurance Company Limited | KLR00608003 | Yuasa Brand NP Battery | Taiwan Yuasa Battery Co Ltd | Intercel Energor B.V |
| Mitsui Sumitomo Insurance Company Limited | COSU74115760 | Photographic Equipment | Pentax Hong Kong Ltd | Pentax Europe N.V |
| Noble Insurance Company Limited | KKLUHK 1226335 | Sauces and sesame oil | Amoy Food Ltd | HP Food Ltd |
| Royal & Sun Alliance Insurance Plc | COSU25074890 | Holding Down Bolts | Ningbo Jinding Fastening Piece Co Ltd | Decco Ltd t/a Owlett-Jaton |
| Royal & Sun Alliance Insurance Plc | COSU25074890 | Holding Down Bolts | Ningbo Jinding Fastening Piece Co Ltd | Decco Ltd t/a Owlett-Jaton |
| The Northern Assurance Company of America | NBFXT0670097 | Valve Accessories | Crane Yongxiang Valves | Crane Fluid Systems |
| Tokio Marine Europe Insurance Ltd | HK 12000572a/c | Seiko Clocks | Seiko Clock (Hong Kong) Limited | Danzas AEI |
| Zurich Insurance Company | KKLUPEN033539 | Raw Rubber | Lee Rubber Co Ltd | Pirelli Ltd |
| Zurich Insurance Company | KKLUPKG044950 | Raw Rubber | Syarikai Cguan Lee Rubber SDN BHD | Pirelli Ltd |
| Zurich Insurance Company | KKLUPKG044949 | Raw Rubber | Syarikai Cguan Lee Rubber SDN BHD | Pirelli Ltd |
| Zurich Insurance Company | KKLUPEN034695 | Raw Rubber | Von Bunditt Co Ltd | Pirelli Ltd |
| Zurich Insurance Company | KKLUPEN034695 | Raw Rubber | Von Bunditt Co Ltd | Pirelli Ltd |
| Zurich Insurance Company | KKLUPEN034695 | Raw Rubber | Von Bunditt Co Ltd | Pirelli Ltd |
| Zurich Insurance Company | KKLUPEN034695 | Raw Rubber | Von Bunditt Co Ltd | Pirelli Ltd |
| Zurich Insurance Company | KKLUPEN034695 | Raw Rubber | Von Bunditt Co Ltd | Pirelli Ltd |