08 CV 6950

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

WARTA INSURANCE, CHINA COMMUNICATION
INSURANCE, TOKIO MARINE NEWA, COMPANIA DE
SEGUROS TRANQUILIDADE SA, SHINKONG INSURANCE
CO. LTD, PING AN INSURANCE, UNION INSURANCE CO.
LTD, CLAL INSURANCE CO. LTD, E.G. C'SEE, ISVICRE
SIGORTA A.S., FENNIA MUTUAL INSURANCE CO. LTD.,
BANK OF CHINA GROUP INS. CO. LTD, FUBON
INSURANCE CO. LTD, VICTORIA-SEGUROS S.A., IF P&C
INSURANCE, AIG (UK) LTD. (formerly New Hampshire
Insurance Company and Landmark Insurance Company Ltd.), AIG
CZECH REPUBLIC, POJISTOVNA, A.S., AIG EUROPE
(Netherlands) NV, AIG EUROPE SA, AIG EUROPE SA
(pobocka pre Slovensku republiku), formerly Poist'ovana AIG
Slovakia, A.S., AIG EUROPE VERISCHERUNGS
GESELLSCHAFT, AIG GENERAL INSURANCE (Taiwan) CO.
LTD. (formerly AIU Insurance Company (Taiwan Branch) and
CENTRAL INSURANCE CO. LTD., AIG GENERAL
INSURANCE COMPANY CHINA LIMITED (Guangzhou
Branch) (formerly AIU Insurance Company (Guangzhou Branch)),
AIG GENERAL INSURANCE COMPANY CHINA LIMITED
(Shanghai Branch) (formerly AIU Insurance Company (Shanghai
Branch)), AIG GENERAL INSURANCE COMPANY CHINA
LTD. (Shenzhen Branch) (formerly AIU Insurance Company
(Shenzhen Branch)), AIU INSURANCE COMPANY, ALLIANZ
GLOBAL CORPORATE & SPECIALITY AG, ALLIANZ
GLOBAL CORPORATE & SPECIALITY AG (UK Branch)
(formerly known as Allianz Marine & Aviation), ALLIANZ
MARINE & AVIATION VERS. AG, Hamburg, ALLIANZ
MARINE & AVIATION VAG, ALTE LEIPZIGER AG,
AMERICAN HOME ASSURANCE COMPANY, AMERICAN
HOME ASSURANCE COMPANY (Singapore), ASSURANCES
CONTINENTALES (ASCO), AVIVA GENERAL INSURANCE
LTD., AVIVA INSURANCE LIMITED (trading as Norwich
Union), AXA CORPORATE SOLUTIONS ASSURANCE SA,
AXA VERSICHERUNG AG, AXA VERSICHERUNG AG,
BASLER SECURITAS VAG, CNA INSURANCE CO. LTD.,
CNA INSURANCE COMPANY LIMITED (Belgian Branch),
COMMERCIAL UNION POLSKA TOWARZYSTOWO
UBEZPIECZEI OGOLNYCH SA, ELDOM SP, GENERALI
ASSURANCES SA, HIBERNIAN INSURANCE CO. LTD., LIG
INSURANCE CO. LTD., LLOYD'S OF LONDON MILLENIUM
SYNDICATE 1221, MITSUI SUMITOMO INSURANCE
(Singapore) PTE LTD., MITSUI SUMITOMO INSURANCE CO.
OF AMERICA, MITSUI SUMITOMO INSURANCE COMPANY
(Europe) LTD., MITSUI SUMITOMO INSURANCE COMPANY
LIMITED, NISSAY DOWA GENERAL INSURANCE CO. LTD.,
NOBLE INSURANCE COMPANY LIMITED, P&V
VERZEKERINGEI CV, Q. SOFT CONSULTING LTD., ROYAL
& SUN ALLIANCE INSURANCE PLC, ROYAL & SUN
ALLIANCE PLC (Hong Kong Branch), ROYAL & SUN
ALLIANCE INSURANCE PLC (Shanghai Branch), SIAT SOC
ITAL ASSIC E RIASSIC, TATA AIG GENERAL INSURANCE
CO. LTD., THE CONTINENTAL INSURANCE COMPANY,
THE HARTFORD, THE NORTHERN ASSURANCE
COMPANY OF AMERICA, TOKIO MARINE EUROPE

X

Docket No. 08 cv ( )
6950

**STATEMENT PURSUANT
TO RULE 7.1**



RECEIVED

AUG 0 4 2008

U.S.D.C. S.D. N.Y.
CASHIERS

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

INSURANCE LTD., VERO INSURANCE LIMITED, VERO      :
INSURANCE NEW ZEALAND LTD., ZURICH INSURANCE      :
COMPANY and ZURICH VERSICHERUNG AG,              :
                                                 :
                    Plaintiffs,                  :
                                                 :
          *- Against -*                          :
                                                 :
                                                 x
M/V YM GREEN her engines, boilers and
tackle *in rem*; YANG MING MARINE
TRANSPORT CORP.; YANGMING (UK) LTD.;
ENERGIZER S.A.; ALL OCEANS
TRANSPORTATION INC.;
KAWASKI KISEN KAISHA LTD.; CONTERM
HONG KONG LTD.; VANGUARD LOGISTICS
SERVICES HONG KONG LTD.; PELORUS OCEAN LINE
LIMITED; SENATOR LINES GmBH; FAR EAST CARGO
LINE; P.A.C. CONSOLIDATORS LIMITED; DANMAR LINES
LTD., FIEGE GOTH CO., LTD.; and SHENZHEN HIGH
POWER TECHNOLOGY CO. LTD.,

                    Defendants.
--------------------------------------------------------------------------------

         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned

counsel of record for a private (non-governmental) party certifies that the following are

corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

Plaintiff:

AIG Insurance Company, AIG Europe SA,          See Attached Schedule A
AIG Europe (Netherlands) NV, AIG Europe
SA (Finland), AIG Slovakia A.S., A I Marine
Adjusters, Inc., AIU Insurance Company, AIG
(UK) Ltd., AIU Tokoyo, American Home
Assurance Company, AIMA, AIMA San
Francisco, AIMA Atlanta, AIMA Chicago,
AIMA Boston

Allianz Marine & Aviation, Allianz Marine &     See Attached Schedule B
Aviation Vers. AG (Hamburg), Allianz Marine
& Aviation VAG, Allianz (London)

AXA Versicherung AG                             AXA Group
AXA Corporate Solutions Assurance              AXA Corporate Solutions
                                               AXA Corporate Solutions (UK)

| | |
|---|---|
| | AXA Corporate Solutions Insurance Company<br>Winterthur/AXA Corporate Solutions |
| Bank of China Group Insurance Co. Ltd | None |
| Basler Securitas VAG | See Attached Schedule C |
| CLAL Insurance Co. Ltd | None |
| CNA West Malling, CNA Birmingham, CNA San Francisco, CNA Denmark, CNA Italy, CNA London, CNA Manchester | See Attached Schedule D |
| Compania de Seguros Tranquilidade S.A. | Espirito Santo Financial Group (ESFG) |
| Eldom SP | None |
| Fennia Mutual Insurance Co. Ltd | Fennia Group |
| Fubon Insurance Co. Ltd. | See Attached Schedule F |
| IF P&C Insurance | Skandia Insurance Company, Ltd. |
| International Marine Underwriters New York Northern Assurance Company of America | See Attached Schedule G |
| Isvicre Sigorta A.S. | See Attached Schedule H |
| LIG Insurance Co. Ltd. | None |
| Mitsui Sumitomo Insurance Company Limited, Mitsui Sumitomo (Singapore) Ltd., Mitsui Sumitomo Insurance Company America | Mingtai Fire & Marine Insurance Co., Ltd. MSI Claims (USA), Inc. |
| Nissay Dowa General Insurance Co. Ltd. | Nissay Group; Nippon Life; Nissay Asset Management; and Nissay Information Technology |
| Noble Insurance Co. Ltd. | None |
| Norwich Union<br>Norwich Union (Hong Kong)<br>Total Norwich Union PLC | Norwich Union Life<br>Norwich Union General Insurance |
| Ping An Insurance | See Attached Schedule I |

| | |
|---|---|
| QSoft Consulting Limited | Gaydar.co.uk |
| Royal & Sun Alliance<br>Royal & Sun Alliance Insurance PLC | See Attached Schedule J |
| Shinkong Insurance Co. Ltd. | Sin Kong Financial Holding Co., Ltd.<br>Shin Kong Group |
| SIAT Soc. Ital Assis E. Riassic | See Attached Schedule L |
| The Hartford | See Attached Schedule M |
| Tokio Marine Newa | Tokio Marine and Fire Insurance Co., Ltd.<br>Tokio Marine Management, Inc. |
| Union Insurance Company Ltd | None |
| Vero Insurance Limited | Vero National Marine Ins. Co. Ltd. |
| Victoria – Seguros S.A. | None |
| Warta Insurance | KBC Group |
| Zurich Insurance Company | See Attached Schedule N |

Dated: New York, New York
        August 4, 2008

_Terry L. Stoltz_
Terry L. Stoltz (TS 7650)

## SCHEDULE A

Real Estate Subsidiaries:

- AIG Real Estate Investment & Management Co., Inc.
- AIG Real Estate Investment & Management Co. (P.R.), Inc.
- AIG Realty, Inc.
- American International Realty Corp.
- Chiyoda Consultants Kabushiki Kaisha
- Collinsbrook Building, Inc.
- Eastgreen, Inc.
- 50 South Clinton Street Urban Renewal Corporation
- Hunter Lyon, Inc.
- Kapatiran Realty Corporation
- PineStarr Realty, Inc. (formerly Davedeb Realty Corporation)
- Pine Street Brokers Corp.
- 206 Sansome Street Corp.
- 270 Carpenter Drive Building, Inc.

Finance Subsidiaries:

- AIA Capital Corporation Ltd.
- AICCO, Inc.
- AIG Asset Management, Inc.
- AIG Capital Corp.
- AIG Clearing Corporation
- AIG Export Investors, Inc.
- AIG Funding, Inc.
- AIG Financial Products Corp.
- AIG Financial Products (U.K.) Limited
- AIG Financial Products (Japan) Limited
- AIG Financial Securities Corp.
- AIG Financial Securities (U.K.) Limited
- AIG Financial Securities (Australia) Pty Limited
- AIG Fund Management Limited
- AIG Global Investors, Inc.
- AIG Global Investors (Canada), Inc.
- AIG International Limited
- AIG Investment Advisers, Inc.
- AIG Investment Corporation
- AIG Investment Corporation (Asia) Limited
- AIG Investment Corporation (Europe), Inc.
- AIG Investment Corporation (Ireland) Limited
- AIG Investment Corporation (Japan)
- AIG Matched Funding, Inc.
- AIG Mortgage Finance Co., Inc.
- AIG Options, Inc.
- AIG Trading Corporation
- AIG Trading Limited

- AIG-FP Asset Holdings Limited
- AIGIC Investment Managers Limited
- AIGOF Investments I, Inc. (Formerly AIG Oveseas Finance (Europe), Inc.)
- AIGOF Investments II, Inc.
- AIGOF Investments III, Inc.
- AIGOF Spain Holdings, Inc.
- A.I. Credit Consumer Discount Company
- A.I. Credit Corp.
- A.I. Credit Securities Corp.
- A.I. Trade Finance, Inc.
- American International Fund Distributors, Inc.
- Banque A.I.G.
- International Lease Finance Corporation
- Dempsey & Company International Limited
- Pine Street Holdings, Inc.
- Trading & Transportation Management, Inc.
- Ueberseebank A.G.

Other Subsidiaries

- Agency Management Corporation
- A.I. Lloyds, Inc.
- A.I. Lloyds' Insurance Company
- A.I. Marine Adjusters, Inc.
- A.I. Marine Associates of Illinois, Inc.
- A.I. Network Corporation
- AIG Aviation, Inc.
- AIG Aviation (Canada), Inc.
- AIG Aviation (Illinois) Corporation
- AIG Aviation (Texas), Inc.
- AIG Aviation Adjustment Service, Inc.
- AIG Aviation Brokerage, Inc.
- AIG Consultants, Inc.
- AIG Consultants (UK) Ltd.
- AIG Europe, S.A.
- AIG Equipment Lessors, Inc.
- AIG Hawaii Insurance Company, Inc.
- AIG Life Insurance Company
- AIG Lodging Opportunities, Inc.
- AIG Managing General Agency, Inc.
- AIG Marketing, Inc.
- AIG Overseas Trade Corp.
- AIG Reinsurance Advisors, Inc.
- AIG Research & Development Corp.
- AIG Risk Management, Inc.
- AIG Risk Management (Illinois), Inc.
- AIG Russian-American Investor, Inc.
- AIG Syndicate Managers, Inc.
- AIG Designs, Inc.
- AIGM Insurance Service, Inc.
- AIU Canada Limited

*Scheduled A continued...*

- AIU Insurance Company
- ALICO, S.A.
- Agency Management Corporation
- Agency Management Corporation of Arkansas
- American Fidelity Company
- American Global Insurance Company
- American Home Assurance Company
- American International Adjustment Company, Inc.
- American International Adjustment Co. of Illinois, Inc.
- American International Adjustment Company of Nevada, Inc.
- American International Assistance Services, Inc.
- American International Assurance Company (Bermuda) Limited
- American International Assurance Company, Limited
- American International Aviation Corporation
- American International Company, Limited
- American International Corporation
- AIU North America, Inc.
- AIU North America (Colorado), Inc.
- AIU North America (Connecticut), Inc.
- AIU North America (Illinois), Inc.
- AIU North America (Louisiana), Inc.
- AIU North America (Massachusetts), Inc.
- AIU North America (New Jersey), Inc.
- AIU North America (North Carolina), Inc.
- AIU North America (Texas), Inc.
- American International Group Data Center, Inc.
- American International Health & Rehabilitation Services, Inc.
- American International Healthcare, Inc.
- American International Insurance Company
- American International Life Assurance Company of New York
- American International Life Insurance Company of Puerto Rico
- American International Marketing Systems, Inc.
- American International Oil & Gas Corp.
- American International Recovery, Inc.
- American International Reinsurance Company, Limited
- American International Services, Inc.
- American International Surplus Lines Agency, Inc.
- American International Surplus Lines Insurance Company
- American International Underwriters Agency Corporation of Texas, Inc.
- American International Underwriters Agency, Inc. (Illinois)
- American International Underwriters Agency, Inc. (Missouri)
- American International Underwriters Agency of Ohio, Inc.
- American International Underwriters Corporation
- American International Underwriters of Louisiana, Incorporated
- American International Underwriters Overseas, Ltd.
- American International Underwriters, (West Coast) Inc.
- American Life Insurance Company
- Birmingham Fire Insurance Company of Pennsylvania
- C.A. Servicios de Propiedades
- Central Risk Specialists, Inc.
- Commerce and Industry Insurance Company

- Commerce and Industry Insurance Company of Canada
- Delaware American Life Insurance Company
- Dwight Tope State Agency, Inc.
- Eastern Risk Specialists, Inc.
- First American Hungarian Insurance Co.
- Fischbach Corporation
- Florida Risk Specialists, Inc.
- Granite State Insurance Company
- The Gulf Agency, Inc.
- Hawaii Insurance Consultants, Ltd.
- Hawaii Risk Specialists, Inc.
- Illinois National Insurance Company
- The Insurance Company of the State of Pennsylvania
- International Computer Services, Inc.
- JBI Management, Inc.
- JBI Management of Illinois, Inc.
- La Interamericana Compania de Seguros Generales (Columbia)
- La Interamericana Compania de Seguros Generales (Chile)
- La Interamericana Compania de Seguros de Vida (Chile)
- La Meridional Compania Argentina de Seguros Sociedad Anonima
- Landmark Insurance Company
- Landmark Insurance Company (U.K.) LTd.
- Lexington Insurance Company
- Louisiana Risk Specialists, Inc.
- Malaysian American Assurance Company Berhad
- Marketpac International, Inc.
- MetaMicro Computer Consulting, Inc.
- Michigan Risk Specialists, Inc.
- Midwestern Risk Specialists, Inc.
- Morefar Marketing, Inc.
- Mt. Mansfield Company, Inc.
- NAM, Inc.
- NAM, Inc. (Massachusetts)
- NAM Managers, Ltd.
- N.A.M. Managing General Agency, Inc.
- Nan Shan Life Insurance Company, Ltd.
- National Union Fire Insurance Company of Pittsburgh, Pa.
- National Union Fire Insurance Company of Louisiana
- New England Risk Specialists, Inc.
- New Hampshire Indemnity Company, Inc.
- New Hampshire Insurance Company
- New Hampshire Life Insurance Company
- NHIG Holding Corp.
- Norgulf, Inc.
- North American Managers, Inc.
- Northeastern Risk Specialists, Inc.
- Northwestern Risk Specialists, Inc.
- Pacific Union Assurance Company
- Pennsylvania Brokerage Agency, Inc.
- Philam Insurance Company, Inc.
- The Philippine American Assurance Company, Inc.

*Scheduled A continued...*

- The Philippine American General Insurance Company, Inc.
- The Philippine American Life Insurance Company
- The Philippine American Management and Financing Company, Inc.
- Pine Street Management Corp.
- Reciprocal Managers, Inc.
- Risk Specialists Companies, Inc.
- Risk Specialists Company of the Carolinas, Inc.
- Risk Specialists Company of Colorado, Inc.
- Risk Specialists Company of Connecticut, Inc.
- Risk Specialists Company of Indiana, Inc.
- Risk Specialists Company of Maryland, Inc.
- Risk Specialists Company of Minnesota, Inc.
- Risk Specialists Company of New Jersey, Inc.
- Risk Specialists Company of New York, Inc.
- Risk Specialists Company of Ohio, Inc.
- Risk Specialists Company of Tennessee, Inc.
- Risk Specialists Company of Wisconsin, Inc.
- Southern Risk Specialists of Oklahoma, Inc.
- Southeastern Risk Specialists, Inc.
- Unat Direct, S.A.
- United Guaranty Commercial Insurance Company
- United Guaranty Commercial Insurance Company of North Carolina
- United Guaranty Corporation
- United Guaranty Credit Insurance Company
- United Guaranty Residential Insurance Company
- United Guaranty Residential Insurance Company of North Carolina
- United Guaranty Services, Inc.
- Western Risk Specialists, Inc.

Affiliates:

- A.B. Asesores Eursatiles, S.A.
- American International Underwriters Association
- American International Underwriters Overseas Association
- Goodwood Oil Corporation
- Pine Street Investments, Ltd.
- Pine Street Partners
- Transatlantic Holdings, Inc.
- Putnam Reinsurance Company
- Transatlantic Reinsurance Company

# SCHEDULE B

## ALLIANZ OF AMERICA—Continued

### CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | *Allianz AG Holding* | Germany | |
| | *Allianz of America, Inc.* | DE | 90.7 |
| 00407 | Allianz Insurance Company | CA | 100 |
| 02613 | Allianz Underwriters Insurance Company | CA | 100 |
| 02179 | Fireman's Fund Ins Co | CA | 100 |
| 02176 | American Automobile Insurance Company | MO | 100 |
| 02178 | Associated Indemnity Corporation | CA | 100 |
| 02177 | The American Insurance Company | NE | 100 |
| 02616 | Fireman's Fund Ins Co of Georgia | GA | 100 |
| 02717 | Fireman's Fund Ins Co of Hawaii, Inc. | HI | 100 |
| 02524 | Fireman's Fund Ins Co of Louisiana | LA | 100 |
| 02843 | Fireman's Fund Ins Co of Ohio | OH | 100 |
| 02617 | Fireman's Fund Ins Co of Wisconsin | WI | 100 |
| 01892 | Fireman's Fund Indemnity Corporation | NJ | 100 |
| 11262 | Fireman's Fund Ins Co of Missouri | MO | 100 |
| 02615 | Fireman's Fund Ins Co of Nebraska | NE | 100 |
| 02180 | Fireman's Fund Ins Co of Texas | TX | 100 |
| | *Interstate National Corporation* | IL | 100 |
| 02267 | Interstate Fire & Casualty Company | IL | 100 |
| 02266 | Chicago Insurance Company | IL | 100 |
| 02268 | Interstate Indemnity Company | IL | 100 |
| 11219 | Midway Insurance Company of Illinois | IL | 100 |
| 02182 | National Surety Corporation | IL | 100 |
| 01891 | Parkway Insurance Company | NJ | 100 |
| 02181 | San Francisco Reinsurance Company | CA | 100 |
| | *Standard General Agency* | TX | 100A |
| 03586 | American Standard Lloyds Insurance Co | TX | |
| 03682 | Fireman's Fund County Mutual Ins Co | TX | |
| 11672 | Vintage Insurance Company | CA | 100 |
| 02008 | Warner Insurance Company | IL | 100 |
| 04001 | Jefferson Insurance Company of New York | NY | 100 |
| 03677 | Monticello Insurance Company | DE | 100 |
| | Allianz Life Insurance Co of North America | MN | 100 |
| | Preferred Life Insurance Co of New York | NY | 100 |
| | Allianz Mexico S.A. Compania de Seguros | Mexico | 99.9 |

(A) Attorney-in-Fact for American Standard Lloyds.

* Includes Commissions less Funds Withheld.

# SCHEDULE C

**Baloise-Holding** - Basel, Switzerland

    Basler Versicherungs-Gesellschaft (Subsidiary) - Basel, Switzerland

    Baloise Assurances Luxembourg S.A. (Subsidiary) - Luxembourg, Luxembourg

    Baloise Insurance Company (I.O.M.) Ltd. (Subsidiary) - Douglas, Isle Of Man

    Basler Lebens-Versicherungs Gesellschaft-AG (Subsidiary) -  Bad Homburg, Germany

    Basler Versicherungs-Aktienges (Subsidiary) -  Vienna, Austria

    Basler Versicherungs-Gesellschaft (Subsidiary) - Bad Homburg, Germany

    Deutscher Ring Lebensversicherungs-AG (Subsidiary) - Hamburg, Germany

      MoneyMaxx Lebensversicherungs-AG (Subsidiary) - Dusseldorf, Germany

    Deutscher Ring Sachversicherungs-AG (Subsidiary) - Hamburg, Germany

    Euromex N.V. (Subsidiary) - Edegem, Belgium

    Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium

    Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium

      Mercator Bank (Subsidiary) - Antwerp, Belgium

    Baloise Europe Vie SA (Subsidiary) - Luxembourg, Luxembourg

# SCHEDULE D

CNA Insurance Companies

## CNA INSURANCE COMPANIES

CNA Plaza, Chicago, IL 60685
Tel: 312-822-5000  Fax: 312-822-6419  AMB #: 18313
World Wide Web Site: http://www.cna.com
Publicly Traded Corporation: CNA Financial Corporation

NYSE:CNA

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | Loews Corporation | DE | |
| | *CNA Financial Corporation* | DE | 84 |
| | *CNA Surety Corporation* | DE | 62A |
| | *Capsure Holdings Corp.* | DE | 100 |
| | *Capsure Financial Group, Inc.* | OK | 100 |
| | *ST Acquisition Corp.* | TX | 100 |
| | *Surewest Financial Corp.* | DE | 100 |
| 11333 | Surety Bonding Co of America | SD | 100 |
| 00974 | Western Surety Company | SD | 100 |
| | *Universal Surety Holding Corp.* | TX | 100 |
| 02785 | Universal Surety of America | TX | 100 |
| 02128 | Continental Casualty Company | IL | 100 |
| 02127 | American Casualty Co. of Reading, Pa. | PA | 100 |
| 02132 | Valley Forge Insurance Company | PA | 100 |
| 03089 | CNA Casualty of California | CA | 100 |
| 11702 | CNA Casualty of Illinois | IL | 100 |
| 02740 | CNA Lloyd's of Texas | TX | B |
| | *CNA Re Management Company, Ltd.* | UK | 100 |
| 85249 | CNA Reinsurance Company, Ltd. | UK | 100 |
| 11703 | CNA Reinsurance Company | IL | 100 |
| 03538 | Columbia Casualty Company | IL | 100 |
| 06280 | Continental Assurance Company | IL | 100 |
| 07207 | Valley Forge Life Insurance Company | PA | 100 |
| | *Convida Holdings, Ltd.* | Bahamas | 99.99 |
| | CNA Chile Compania De Seguros de Vida | Chile | 99.99 |
| | CNA Life Insurance Company of Canada | Canada | 100 |
| 11765 | Galway Insurance Company | CA | 100 |
| 02129 | National Fire Insurance Company of Hartford | CT | 100 |
| 02130 | Transcontinental Insurance Company | NY | 100 |
| 86627 | North Rock Insurance Company, Ltd. | Bermuda | 100 |
| 02131 | Transportation Insurance Company | IL | 100 |
| | *CNA UK Holdings, Ltd.* | UK | 100 |
| 86301 | Maritime Insurance Company, Ltd. | UK | 100 |
| | CNA Insurance Company (Europe), Ltd. | UK | 100 |
| | *The Continental Corporation* | NY | 100 |
| 02116 | The Buckeye Union Insurance Co. | OH | 100 |
| 02115 | Boston Old Colony Insurance Co. | MA | 100 |
| 02212 | First Insurance Company of Hawaii, Ltd. | HI | 60C |
| 01747 | First Fire & Casualty Ins. of Hawaii | HI | 100 |
| 01748 | First Indemnity Ins. of Hawaii, Inc. | HI | 100 |
| 12228 | First Security Ins. of Hawaii, Inc. | HI | 100 |
| 01746 | The Mayflower Insurance Co., Ltd. | IN | 100 |
| 02125 | Niagara Fire Insurance Co. | DE | 100 |
| 02118 | The Continental Insurance Co. | NH | 100 |
| 11094 | The Continental Insurance Co. of P.R. | PR | 100 |
| 02120 | The Fidelity and Casualty Co. of NY | NH | 100 |
| | *The CPI Group, Inc.* | DE | 100 |
| 02201 | Kansas City Fire and Marine Ins. Co. | MO | 100 |
| | East River Insurance Co. (Bermuda), Ltd. | Bermuda | 100 |
| | *Continental Pacific (Int) Aut Pty. Ltd.* | Australia | 100 |
| | Continental Pacific Ins Co (Aut) Ltd. | New So. Wales | 100 |
| | CNA Insurance (Int Ag) Aut Pty. Ltd. | New So. Wales | 100 |
| | Continental Reins. Corp. Int'l, Ltd. | Bermuda | 100 |
| | Bayside Reinsurance Company, Ltd. | Bermuda | 100 |
| | East River Insurance Company, Ltd. | West Indies | 100 |
| | East River Indem. Co. (Barbados) Ltd. | Barbados | 62D |
| | *Continental Management Services, Ltd.* | UK | 100 |
| | *The Continental Ins. Holdings (Eur)* | UK | 66.64E |
| | Continental Reins. Corp. (UK) Ltd. | UK | 100 |
| 85595 | Continental Life (Int'l), Ltd. | Guernsey | 100 |
| 02122 | Firemen's Ins. Co. of Newark, N.J. | NJ | 100 |
| 02117 | Commercial Ins. Co. of Newark, N.J. | NJ | 100 |
| 10662 | Continental Lloyd's Insurance Co. | TX | 100 |
| 01882 | The Continental Insurance Co. of N.J. | NJ | 100 |
| 02299 | Continental Reinsurance Corporation | CA | 100 |
| 02121 | The Glens Falls Insurance Company | DE | 100 |
| | The Hong Kong Fire Insurance Co., Ltd. | Hong Kong | 94F |
| 04057 | National-Ben Franklin Ins. Co. of Illinois | IL | 100 |
| 02588 | Pacific Insurance Company | CA | 100 |
| 18048 | *Marine Office of America Corporation* | NY | 82.65G |

**SCHEDULE E**

## Links to Fortis companies

Fortis companies in Belgium

- Belgolaise Bank
- Fortis AG
- Fortis Bank
- Fortis Business
- Fortis Corporate Insurance
- Fortis Foundation Belgium
- Fortis Investment Management
- Fortis Lease
- Krediet aan de Nijverheid
- MeesPierson

Fortis companies in the Netherlands

- De Amersfoortse
- AMEV
- AMEV Stad Rotterdam Verzekeringsgroep
- ASR Bank
- Basic Life
- DEFAM
- Direktbank
- De Europeesche
- Falcon Leven
- Fortis Bank
- Fortis Bank: beurstour
- Fortis Business
- Fortis Commercial Finance
- Fortis Corporate Insurance
- Fortis Employee Benefits
- Fortis Escrow Services
- Fortis Investment Management
- Fortis Lease
- Fortis Vastgoed
- Groeivermogen
- GWK
- MeesPierson
- MeesPierson Family Office
- NeSBIC
- Theodoor Gilissen Bankiers
- Visa Card Services

Fortis companies in the United States

- Fortis Capital Corporation
- Fortis, Inc.

Other Fortis companies

- Bahamas: MeesPierson
- Channel Islands: MeesPierson
- France: Fortis Bank
- France: Fortis Investment Management
- France: Fortis Lease
- France: MeesPierson
- Germany: Fortis Bank
- Hong Kong: Fortis Bank Asia
- Italy: Fortis Bank
- Luxembourg : Banque Générale du Luxembourg
- Luxembourg : Fortis Bank Luxembourg
- Luxembourg : Fortis Luxembourg Assurances
- Poland : Fortis Bank
- Portugal : Fortis Bank
- Spain: Fortis Bank
- Spain : MeesPierson
- Spain : Seguros Bilbao
- Switzerland : MeesPierson
- United Kingdom : Fortis Bank
- United Kingdom : Fortis Insurance
- Global website : MeesPierson

## SCHEDULE F

Financial:              Fubon Financial Holding Co., Ltd.

Insurance:              Fubon Insurance Co., Ltd.
                        Fubon Life Assurance Co., Ltd.

Investment:             Fubon Securities Investment Services Co., Ltd.
                        Fubon Securities Co., Ltd.
                        Fubon Asset Management Co., Ltd.
                        Fubon Securities Finance Co., Ltd.
                        Fubon Venture Capital Co., Ltd.
                        Fubon Futures Co. Ltd.
                        Fubon Financial Holding Venture Co., Ltd.
                        Fubon Venture Capital Consulting Co., Ltd.

Banking:                Taipei Fubon Commercial Bank Co., Ltd.
                        Fubon Bank (Hong Kong) Limited
                        Fubon AMC Co., Ltd.
                        Fubon Direct Marketing Consulting Co., Ltd.

Property                Fubon Land Development Co., Ltd.
Services:               Fubon Real Estate Management Co., Ltd.
                        Fubon Property Management Co., Ltd.
                        Fubon Construction Co., Ltd.

Telecomm. &             Taiwan Mobile Co., Ltd.
Media Services:         Taiwan Fixed Network Co., Ltd.
                        TFN Media Co., Ltd.
                        Fubon Multimedia Technology Co., Ltd.

Charitable              Fubon Charity Foundation charity.fubon.org
Activities:             Fubon Cultural & Educational Foundation education.fubon.org
                        Fubon Art Foundation
                        Taipei Fubon Bank Charity Foundation

# SCHEDULE G

## International Marine Underwriters

General Accident Ins of Amer
Commercial Union Ins Co
Pennsylvania General Ins Co
GA Insurance Company of NY
American Employers' Ins Co
Northern Assur Co of America
The Camden Fire Ins. Assn
The Employers' Fire Ins Co
PG Insurance Company of NY
General Assurance Company
Potomac Insurance Co of IL
Commercial Union Midwest Ins
American Central Ins Co
General Accident Reins America
Hawkeye-Security Ins Co
North Pacific Insurance Co
Oregon Automobile Ins Co
United Security Ins Co
Western States Insurance Co
Commercial Union York Ins Co
CU Homeland Insurance Co
CU Lloyd's of Texas
Farmers and Merchants Ins Co
Midwestern Insurance Company
Potomac Insurance Company
Tri-State Insurance Company

# SCHEDULE H

Isvicre Sigorta A.S.

Ergo Insurance Group Co.

Victoria

Hamburg-Mannheimer

DKV

D.A.S.

KarstadtQuelle Insurances

Munich Re

MEAG Munich Ergo AssetMangement

Ergo People & Pensions

Itergo

KQFS KarstadtQuelle Financial Services

Vorsorge Lebensversicherung (Vorsorge Life Insurance)

Ergo International

# SCHEDULE I

Ping An Insurance (Group) Company of China Ltd.

Pin An Life Insurance Company of China, Ltd. (99%)

Ping An Property & Casualty Insurance Company of China, Ltd. (99.06%)

Shenzhen Ping An Bank Co. Ltd. (90.04%)

China Ping An Trust & Investment Co. Ltd. (99.88%)

Ping An Securities Company Ltd. (86.21%)

Ping An Annuity Insurance Company of China, Ltd. (97%)

Ping An Health Insurance Company of China, Ltd. (95%)

Ping An Asset Management Co. Ltd. (96%)

China Ping An Insurance Overseas (Holdings) Limited (100%)

China Ping An Insurance (Hong Kong) Company Limited (75%)

Ping An of China Asset Management (Hong Kong) Company Limited (100%)

## SCHEDULE J

ROYAL & SUNALLIANCE USA—Continued

### CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | Royal and Sun Alliance Insurance Group plc | UK | |
| | Royal Insurance Holdings plc | UK | 100 |
| 85187 | Royal & Sun Alliance Insurance plc | UK | 100A |
| | Sun Alliance and London Insurance plc | UK | 100B |
| 85135 | Sun Alliance Insurance Overseas Limited | UK | 100B |
| 85665 | Royal International Ins Holdings Limited | UK | 100 |
| | The Globe Insurance Company Limited | UK | 100 |
| 85186 | Royal & SunAlliance USA, Inc. | DE | 100 |
| | Royal Group, Inc. | DE | 100 |
| | American and Foreign Insurance.Co. | DE | 100 |
| 02430 | Financial Structures Limited | Bermuda | 100 |
| | Financial Structures Ins. Co. | NY | 100 |
| 12162 | Globe Indemnity Company | DE | 100 |
| 02432 | Royal Lloyd's of Texas | TX | 100 |
| 02702 | Royal Special Risks Ins. Co. | CT | 100 |
| 00025 | Royal Indemnity Company | DE | 100 |
| 02438 | RSA Financial Services, Inc. | DE | 100D |
| | Royal Maccabees Life Ins Co | MI | 100 |
| 06676 | Royal Life Ins. Co. of NY | NY | 100E |
| 08532 | Royal Ins. Co. of America | IL | 100 |
| 02437 | Royal Surplus Lines Ins. Co. | CT | 100 |
| 01745 | The Sea Ins. Co. of America | NY | 100F |
| 02094 | Safeguard Insurance Company | CT | 100 |
| 02440 | Sun Alliance USA Inc. | NY | 100 |
| | Alliance Assurance Co. of America | NY | 100 |
| 02091 | Century Ins. Co. (Bermuda) Ltd. | Bermuda | 100 |
| 02093 | The London Assur. of America, Inc. | NY | 100 |
| | Marine Indemnity (Holdings) Inc: | DE | 100 |
| | Marine Indem Ins Co of America | NY | 100 |
| 00500 | Phoenix Assurance Co. of New York | NH | 100 |
| 02400 | Royal & SunAlliance Personal Ins. | NY | 100 |
| 02090 | Royal & Sun Alliance Ins.(Puerto Rico), Inc. | PR | 94.3 |
| 03828 | Tariff Reinsurances Limited | UK | 100 |
| 11249 | Tariff Reinsurances Limited (US Branch) | NY | 100 |

(A) Owned by Royal Insurance Holdings plc. (B) Owned by Royal & Sun Alliance Insurance plc. (C) Attorney-in-fact: Charlotte Lloyd's., Inc. (D) Royal Indemnity Company owns 43%; Royal Insurance Company of America owns 24%; Globe Indemnity Company owns 14%; Safeguard Insurance Company owns 12%; and American and Foreign Insurance Company owns 7%. (F) Royal Insurance Company of America owns 40%; Globe Indemnity Company owns 26%; Royal Indemnity Company owns 17%; Safeguard Insurance Company owns 10%; and American and Foreign Insurance Company owns 7%.

* Includes Commissions less Funds Withheld.

## SCHEDULE L

S.I.A.T.
Siat Indirizzo
Siat Asicurazioni
Assicurazioni Merci Genova
Siat Spa
Assicurazioni
Soc. Italiana Assicurazioni S.P.A.
Italiana Assicurazioni
Assicurazione Italiana Genova
Assicurazione Trasporti Genova
S.I.A. Societa Italiana Assicurazioni
Siat Via v Dicembre Genova
Societa Italiana Assicurazioni Di Milano
Assicurazione Siat
Siat Assicurazioni Spa
Riassicurazioni
S.I.A.T.Spa A Genova
Siat Genova
Siat Spa Genova
Siat Via v Dicembre 3 Genova
Siat Societa Italiana Assicurazioni e Riassicurazioni Spa
Siat Societa Italiana Assicurazioni e Riassicurazioni S.P.A.
Siat Assicurazione
Sia Spa Assicurazione
Siat Genova

**SCHEDULE M**

1st AgChoice, Inc. (South Dakota)
Access CoverageCorp, Inc. (North Carolina)
Access CoverageCorp Technologies, Inc. (North Carolina)
American Maturity Life Insurance Company (Connecticut)
BMG Capital Advisors Group, L.L.C. (Connecticut)
Brazilcap Capitalizacao S.A. (Brazil) (16.67%)
Business Management Group, Inc. (Connecticut)
Canada Life Fundo De Pensao (Brazil)
CCS Commercial, L.L.C. (Delaware) *(50%)*
Charles Stedman & Co., Inc. (Florida)
CIAXA Capitalizacao S.A. (Brazil) (24.Y'/o)
CLAIMPLACE, Inc. (Delaware)
Downlands Liability Management Ltd. (United Kingdom)
Ersatz Corporation (Delaware)
Excess Insurance Company, Limited (United Kingdom)
Fencourt Reinsurance Company, Ltd. (Bermuda)
First State Insurance Company (Connecticut)
First State Management Group, Inc. (Delaware)
First State Management Group Insurance Services of Massachusetts, LLC (Massachusetts)
Four Thirty Seven Land Company, Inc. (Delaware)
HARCO Property Services, Inc. (Connecticut)
Hart Life Insurance Company (Connecticut)
Hart Re Group, L.L.C, (Connecticut)
Hartford Accident and Indemnity Company (Connecticut)
Hartford Administrative Services Company (Minnesota)
Hartford Advantage Investment, Ltd. (Bermuda)
Hartford Casualty General Agency, Inc. (Texas)
Hartford Casualty Insurance Company (Indiana)
Hartford Core Fund, L.P. (Delaware)
Hartford Core Fund ID, L.P. (Delaware)
Hartford Employee Club, Inc. (Connecticut)
Hartford Enhanced Absolute Return Fund, L.P. (Delaware)
Hartford Enhanced Absolute Return Fund ID, L.P. (Delaware)
Hartford Equity Sales Company, Inc. (Connecticut)
Hartford Equity Specialists Fund, L.P. (Delaware)
Hartford Equity Specialists Fund ID, L.P. (Delaware)
Hartford Financial Services Group, Inc.
Hartford Financial Services, LLC (Delaware)
Hartford Fire General Agency, Inc. (Texas)
Hartford Fire Insurance Company (Connecticut)
Hartford Hedge Fund Company, LLC (Delaware)
Hartford Holdings, Inc.
Hartford Holdings, Inc. (Delaware)
Hartford Insurance Company of Illinois (Illinois)
Hartford Insurance Company of the Midwest (Indiana)
Hartford Insurance Company of the Southeast (Connecticut)
Hartford Insurance, Ltd. (Bermuda)
Hartford Integrated Technologies, Inc. (Connecticut)
Hartford International Life Reassurance Corporation (Connecticut)
Hartford International Management Services Company, L.L.C. (Delaware)

*Schedule M continued...*

Hartford Investment Financial Services, LLC (Delaware)
Hartford Investment Management Company (Delaware)
Hartford Investment Management K.K. (Japan)
Hartford Investments Canada Corp. (Canada)
Hartford Investor Services Company, LLC (Connecticut)
Hartford Life Alliance LLC (Delaware)
Hartford Life and Accident Insurance Company (Connecticut)
Hartford Life and Annuity Insurance Company (Connecticut)
Hartford Life Group Insurance Company (Illinois)
Hartford Life, Inc.
Hartford Life, Inc. (Delaware)
Hartford Life Insurance Company (Connecticut)
Hartford Life Insurance KK (Japan)
Hartford Life International, Ltd. (Connecticut)
Hartford Life Limited (Ireland)
Hartford Life, Ltd. (Bermuda)
Hartford Life Private Placement, LLC (Delaware)
Hartford Lloyd's Corporation (Texas)
Hartford Lloyd's Insurance Company (Partnership) (Texas)
Hartford Management, Ltd. (Bermuda)
Hartford of Florida, L.L.C. (Florida)
Hartford Re Company (Connecticut)
Hartford Residual Market, L.L.C. (Connecticut)
Hartford Securities Distribution Company, Inc. (Connecticut)
Hartford Specialty Company (Delaware)
Hartford Specialty insurance Services of Texas, LLC (Texas)
Hartford Technology Service Company (Connecticut)
Hartford Technology Services Company, L.L.C. (Delaware)
Hartford Underwriters Insurance Company (Connecticut)
Hartford-Comprehensive Employee l3enetit Service Company (Connecticut)
HARTRE Company, L.L.C. (Connecticut)
Heritage Holdings, Inc. (Connecticut)
Heritage Reinsurance Company, Ltd. (Bermuda)
HLA, LLC (Connecticut)
HL Investment Advisors, LLC (Connecticut)
HN1, LLC (Connecticut) (33.340%)
Horizon Management Group, LLC (Delaware)
HRA Brokerage Services, Inc. (Connecticut)
HRA, Inc. (Connecticut)
ICATU Hartford Administracao de Beneficios LTDA (Brazil) (99.99%)
ICATU Hartford Administracao de Recursos LTDA (Brazil) (99.99%)
ICATU Hartford Capitalizacao S.A. (Brazil)
ICATU Hartford Consultoria Ltda. (Brazil) (99%)
ICATU Hartford Fundo de Pensao (Brazil)
ICATU Hartford Seguros S.A. (Brazil) *(50%)*
ICATU Hartford Sociedad Anonima De Capitalizacion Y Ahorro Para Fins Determinados (Argentina) (99%)

Il-I CIA Seguros E Providencia S.A. (Brazil)
ISOP Financing Company Limited Partnership (Connecticut)
Itumbiara Particpacoes Ltda. (Brazil) (99.99%)
M-CAP Insurance Agency, LLC (Delaware)
Motrin Capitalizacao S.A. (Brazil)
New England Insurance Company (Connecticut)
New England Reinsurance Corporation (Connecticut)
New Ocean Insurance Company, Ltd. (Bermuda)
Nutmeg Insurance Agency, Inc. (Connecticut)
Nutmeg Insurance Company (Connecticut)
Nutmeg Life Insurance Company (Iowa)
Omni General Agency, Inc. (Texas)
Omni Indemnity Company (Illinois)
Omni Insurance Company (Illinois)
Omni Insurance Group, Inc. (Georgia)
Pacific Insurance Company, Limited (Connecticut)
Personal Lines Insurance Center, Inc. (Connecticut)
Planco, LLC (Delaware)
Planco Financial Services, LLC (Delaware)
PPL Holdings, LLC (Delaware)
Property and Casualty Insurance Company of Hartford (Indiana)
Santa Catarina Seguros E Previdencia S.A. (Brazil) *(55%)*
Sentinel Insurance Company, Ltd. (Connecticut)
Specialty Risk Services, LLC (Delaware)
The Evergreen Group Incorporated (New York)
The Hartford Club of Simsbury, Inc. (Connecticut)
The Hartford International Financial Services Group, LLC (Delaware)
Thesis, S. A. (Argentina)
Trumbull Finance, L.L.C. (Connecticut)
Trumbull Flood Management, L.L.C. (Connecticut)
Trumbull Insurance Company (Connecticut)
Trumbull Recovery Services, inc. (Florida)
Trumbull Services, L.L.C. (Connecticut)
Twin City Fire Insurance Company (Indiana)
United Premium Capital, L.L.C. (Connecticut) *(50%)*
Vanguarda Cia de Seguros Gerais (Brazil)
Woodbury Financial Insurance Agency MA, Inc. (Massachusetts)
Woodbury Financial Services, Inc. (Minnesota)
XDimensional Technologies, Inc. (California) (70%)

Comerford, Tony
Gallwey, William J., III
Kennon, Hans
Morgan & Morgan, P.A.
Shutts & Bowen LLP

# SCHEDULE N

Allied Zurich PLC (Swiss Corp.)

Zurich Allied A.G. (Swiss Corp)

Zurich Financial Services Corp. (Swiss Corp.)

Zurich Financial Services Group

Zurich Group Holding (Swiss Corp.)

Zurich Insurance Company (Switzerland)

Zurich North America