CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant
SENATOR LINES GmBH
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WARTA INSURANCE, *et al.*

                      Plaintiffs,                  08 CV 6950 (___)

  - against -                                    **RULE 7.1 STATEMENT**

M/V YM GREEN her engines, boilers and tackle,
*in rem*; SENATOR LINES GmBH, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant SENATOR LINES GmBH (a private non-governmental party) certifies that it is a foreign business entities that is not publicly held or traded.

Dated: Port Washington, New York
       August 21, 2008

                                          CHALOS, O'CONNOR & DUFFY, LLP
                                          Attorneys for Defendant
                                          SENATOR LINES GmBH

                    By: _____
                                        Eugene J. O'Connor (EO 9925)
                                        Timothy Semenoro (TS 6847)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600 / Fax: (516) 767-3605