**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: SEP 0 2 2008

WARTA INSURANCE, CHINA COMMUNICATION INSURANCE, TOKIO MARINE NEWA, COMPANIA DE SEGUROS TRANQUILIDADE SA, SHINKONG INSURANCE CO. LTD, PING AN INSURANCE, UNION INSURANCE CO. LTD, CLAL INSURANCE CO. LTD, E.G. C'SEE, ISVICRE SIGORTA A.S., FENNIA MUTUAL INSURANCE CO. LTD., BANK OF CHINA GROUP INS. CO. LTD, FUBON INSURANCE CO. LTD, VICTORIA-SEGUROS S.A., IF P&C INSURANCE, AIG (UK) LTD. (formerly New Hampshire Insurance Company and Landmark Insurance Company Ltd.), AIG CZECH REPUBLIC, POJISTOVNA, A.S., AIG EUROPE (Netherlands) NV, AIG EUROPE SA, AIG EUROPE SA (pobocka pre Slovensku republiku), formerly Poist'ovana AIG Slovakia, A.S., AIG EUROPE VERSICHERUNGS - GESELLSCHAFT, AIG GENERAL INSURANCE (Taiwan) CO. LTD. (formerly AIU Insurance Company (Taiwan Branch) and CENTRAL INSURANCE CO. LTD., AIG GENERAL INSURANCE COMPANY CHINA LIMITED (Guangzhou Branch) (formerly AIU Insurance Company (Guangzhou Branch)), AIG GENERAL INSURANCE COMPANY CHINA LIMITED (Shanghai Branch) (formerly AIU Insurance Company (Shanghai Branch)), AIG GENERAL INSURANCE COMPANY CHINA LTD. (Shenzhen Branch) (formerly AIU Insurance Company (Shenzhen Branch)), AIU INSURANCE COMPANY, ALLIANZ GLOBAL CORPORATE & SPECIALITY AG, ALLIANZ GLOBAL CORPORATE & SPECIALITY AG (UK Branch) (formerly known as Allianz Marine & Aviation), ALLIANZ MARINE & AVIATION VERS. AG, Hamburg, ALLIANZ MARINE & AVIATION VAG, ALTE LEIPZIGER AG, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY (Singapore), ASSURANCES CONTINENTALES (ASCO), AVIVA GENERAL INSURANCE LTD., AVIVA INSURANCE LIMITED (trading as Norwich Union), AXA CORPORATE SOLUTIONS ASSURANCE SA, AXA VERSICHERUNG AG, AXA VERSICHERUNG AG, BASLER SECURITAS VAG, CNA INSURANCE CO. LTD., CNA INSURANCE COMPANY LIMITED (Belgian Branch), COMMERCIAL UNION POLSKA TOWARZYSTWO UBEZPIECZEŃ OGOLNYCH SA, ELDOM SP, GENERALI ASSURANCES SA, HIBERNIAN INSURANCE CO. LTD., LIG INSURANCE CO. LTD., LLOYD'S OF LONDON MILLENIUM SYNDICATE 1221, MITSUI SUMITOMO INSURANCE (Singapore) PTE LTD., MITSUI SUMITOMO INSURANCE CO. OF AMERICA, MITSUI SUMITOMO INSURANCE COMPANY (Europe) LTD., MITSUI SUMITOMO INSURANCE COMPANY LIMITED, NISSAY DOWA GENERAL INSURANCE CO. LTD., NOBLE INSURANCE COMPANY LIMITED, P&V VERZEKERINGEN CV, Q. SOFT CONSULTING LTD., ROYAL & SUN ALLIANCE INSURANCE PLC, ROYAL & SUN ALLIANCE PLC (Hong Kong Branch), ROYAL & SUN ALLIANCE INSURANCE PLC (Shanghai Branch), SIAT SOC ITAL ASSIC E RIASSIC, TATA AIG GENERAL INSURANCE CO. LTD., THE CONTINENTAL INSURANCE COMPANY, THE HARTFORD, THE NORTHERN ASSURANCE COMPANY OF AMERICA, TOKIO MARINE EUROPE INSURANCE LTD., VERO INSURANCE LIMITED, VERO

: Docket No. 08 cv 6950 (LTS)

: **STIPULATION AND**
: **ORDER ALLOWING**
: **PLAINTIFFS TO FILE**
: **AN AMENDED**
: **COMPLAINT**

INSURANCE NEW ZEALAND LTD., ZURICH INSURANCE COMPANY and ZURICH VERSICHERUNG AG,,

                        Plaintiffs,

- Against -

M/V YM GREEN her engines, boilers and tackle in rem; YANG MING MARINE TRANSPORT CORP.; YANGMING (UK) LTD.; ENERGIZER S.A.; ALL OCEANS TRANSPORTATION INC.; KAWASKI KISEN KAISHA LTD.; CONTERM HONG KONG LTD.; VANGUARD LOGISTICS SERVICES HONG KONG LTD.; PELORUS OCEAN LINE LIMITED; SENATOR LINES GmBH; FAR EAST CARGO LINE; P.A.C. CONSOLIDATORS LIMITED; DANMAR LINES LTD., FIEGE GOTH CO., LTD.; and SHENZHEN HIGH POWER TECHNOLOGY CO. LTD.,

                        Defendants.

IT IS HEREBY STIPULATED AND AGREED that plaintiffs can file an Amended Complaint in the form annexed as Exhibit 1, and

IT IS HEREBY FURTHER STIPULATED AND AGREED that defendant Senator Lines GmBH's Answer already flied herein will be deemed to be responsive to the Amended Complaint.

Dated: New York, New York
       August 28, 2008

| NICOLETTI HORNIG & SWEENEY | CHALOS O'CONNOR & DUFFY LLP |
|---|---|
| Counsel for Plaintiffs | Attorneys for Senator Lines GmBH |
| By: _/s/ Terry L. Stoltz_ | By: _/s/ Eugene J. O'Connor_ |
| James F. Sweeney (JS-7745) | Eugene J. O'Connor (EO-9925) |
| Terry L. Stoltz (TS-7650) | Timothy Semenoro (TS-6847) |
| Wall Street Plaza | 366 Main Street |
| 88 Pine Street, 7th Floor | Port Washington, New York 10050 |
| New York, New York 10005-1801 | Telephone: (516) 767-3600 |
| Telephone: (212) 220-3830 | Facsimile: (516) 767-3605 |
| Facsimile: (212) 220-3780 | |

SO ORDERED:

_/s/_ 2 Sept 2008
U.S.D.J.